IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ALFRED THOMAS, III | § | |
| | § | |
| Plaintiff, | § | |
| | § | C. A. No. 4:13-cv-01675 |
| v. | § | |
| | § | |
| POLY-AMERICA, L.P. | § | |
| | § | (Jury Demanded) |
| Defendant. | § | |

## PLAINTIFF'S MOTION TO NONSUIT

TO THE HONORABLE JUDGE:

COMES NOW Plaintiff, Alfred Thomas, III, and files this, his Motion to Nonsuit.

Plaintiff filed causes of action against Poly-America, L.P pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq. and the American With Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. ("ADA") alleging employment discrimination based on race and a perceived disability. Plaintiff also filed a cause of action for retaliation. Plaintiff no longer desires to pursue his claims against Defendant and requests that the Court sign an Order of Nonsuit dismissing all claims that were brought against Defendant in this suit.

**WHEREFORE,** premises considered**,** Plaintiff, Alfred Thomas, III, requests that his claims against Defendant be dismissed without prejudice to re-file the same and that each party bear its own costs.

Respectfully submitted,

JOHNSON LAW FIRM

  /s/Nikeyla Johnson_____
Nikeyla Johnson
Texas State Bar No.24065505
Southern District ID No. 981963
1776 Yorktown, Suite 600
Houston, Texas 77056
(713) 622-7600 direct
(888) 819-5612 facsimile

**ATTORNEY FOR PLAINTIFF,
ALFRED THOMAS, III**

OF COUNSEL
MELVIN HOUSTON
T.B.N. 00793987
Melvin Houston & Assoc., P.C.
1776 Yorktown, Suite 600
Houston, Texas 77056
(713) 212-0600 direct
(713) 212-0290 facsimile

## CERTIFICATE OF SERVICE

On September 4, 2013, I electronically submitted the foregoing document to the clerk of the United States District Court for the Southern District of Texas using the electronic case filing system.  I hereby certify that I have served the following all counsel of record electronically or in another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

   /s/Nikeyla Johnson_____
Nikeyla Johnson