IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ALFRED THOMAS, III | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | C. A. No. 4:13-cv-01675 |
| v. | § | |
| | § | |
| POLY-AMERICA, L.P. | § | |
| | § | |
| | § | (Jury Demanded) |
| Defendant. | § | |

ORDER ON PLAINTIFF'S MOTION TO NONSUIT

## ORDER ON PLAINTIFF'S MOTION TO NONSUIT

After Considering Plaintiff, Alfred Thomas, III's Motion to Nonsuit in the above styled and numbered cause, the Court finds that the Motion is GRANTED.

IT THEREFORE ORDERED that Plaintiff's claims against Defendant are dismissed without prejudice and that each party bear its own costs.

SIGNED this 7th day of October, 2013

_____
JUDGE PRESIDING

1